Avivia Brown
5300 Coke #169
Houston, TX 77020
Case # 4:20CV862

United States Court
Southern District of Texas
FILED

JUL 06 2021

Nathan Ochsner, Clerk of Court

Avlula Brown
5300 Cofee #149
Houston TX 77026

NORTH HOUSTON TX 773
1 JUL 2021 PM 7

District Court
515 Rusk St.
Houston TX 77002

77002-26009